NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3063

KENNETH L. WOODWORTH,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Frank DeMelfi, Melville Johnson, P.C., of Atlanta, Georgia, argued for petitioner. With him on the brief was Christopher D. Vaughn.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Michael F. Hertz, Acting Assistant Attorney General,  Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3063

KENNETH L. WOODWORTH,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

# Judgment

ON APPEAL from the       Merit Systems Protection Board

in CASE NO(S).       SE1221040166-B-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 22, 2009       /s/ Jan Horbaly
                          Jan Horbaly, Clerk